UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>    Plaintiff,<br><br>  v.<br><br>BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 25-1522 (RBW) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

    By and through undersigned counsel, the United States Bureau of Prisons ("Defendant"), by and through undersigned counsel, respectfully moves to extend the deadline until July 18, 2025, to respond to the Complaint in this action filed by Human Rights Defense Center ("Plaintiff"). The grounds for this motion are as follows.

    1.    Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim.." *See* ECF No. 1 at 1. Defendant's response to Plaintiff's Complaint is now due and this is Defendant's first request for an enlargement.

    2.    This case was assigned to the undersigned late last week, and he is constrained to request this enlargement due to the press of other preexisting litigation deadlines arising from a significant uptick in the number of cases being handled by the Civil Division as well as to confer with Agency Counsel. In addition, in the last couple of weeks alone, the undersigned has been

assigned a dozen cases that were previously handled by former AUSAs. The undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency.

3. This case had not been assigned earlier because, according to the Office's Civil Chief, who closely monitors the Office's incoming case volume, civil cases filed in the District against the United States, its agencies, and its officers in the recent past have approached or surpassed all-time monthly and annual highs.

4. For example, the Office received 197 new cases last October and 255 new cases in November, or a projected annual pace of 2,712 cases for Fiscal Year 2024, making 2025 the eighth consecutive record-breaking year for new civil case filings in this District. As a result, 2024 eclipsed 2023's unprecedented total (2,307 new cases) by more than 400 cases.

5. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented to this request for an enlargement.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including July 18, 2025. A proposed order is enclosed.

Dated: July 18, 2025  
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:     */s/ Kenneth Adebonojo*  
KENNETH ADEBONOJO  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 25-1522 (RBW) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including July 18, 2025, to respond to the Complaint in this action.

SO ORDERED:

_____    _____
Dated                                                                          HON. REGGIE B. WALTON
                                                                                     United States District Judge