UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS,<br><br>　　　　Defendant. | Civil Action No. 25-1522 (RBW) |

**JOINT STATUS REPORT**

　　　　By and through undersigned counsel, the Human Rights Defense Center ("Plaintiff") and the United States Bureau of Prisons ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on July 21, 2025. In response, the parties jointly report the following:

　　　　1.　　Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim." *See* ECF No. 1 at 1. Defendant answered. See ECF No. 5.

　　　　2.　　Subsequently, the Court directed the parties to "file a joint proposed briefing schedule governing further proceedings." Min. Ord. Defendant is still amidst processing Plaintiff's FOIA request especially during severe staffing shortage. Specifically, Defendant is currently searching several agency departments for potentially responsive records. Separately,

though early on, Defendant believes that Plaintiff's request could be one that may call for it to not search for records, but to create them, which FOIA does not require.

3. Thus, Defendant believes that the parties would benefit from meeting and conferring to better understand Plaintiff's FOIA request and to discuss a potential clarification and/or narrowing. Defendant believes that the sooner the parties can meet and confer, the more likely Defendant would be able to have its initial search results back by the middle of October. Once Defendant determines how many pages are responsive to the request, Defendant will propose a processing schedule.

WHEREFORE, the parties jointly propose filing another Joint Status Report no later than October 31, 2025. A proposed order is enclosed.

Dated: August 18, 2025
Washington, DC

Respectfully submitted,

*James Slater /s/*
James Slater
Slater Legal PLLC
Atlanta Office/Mailing Address
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
Tel. (404) 458-7283

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 25-1522 (RBW) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than October 31, 2025.

SO ORDERED:

_____    _____
Dated                                                                    HON. REGGIE B. WALTON
                                                                                  United States District Judge