UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 25-1522 (RBW) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the Human Rights Defense Center ("Plaintiff") and the United States Bureau of Prisons ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on July 21, 2025.[1]  In response, the parties jointly report the following:

1. Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim." *See* ECF No. 1 at 1.  Defendant answered.  See ECF No. 5.

---

[1] Government Counsel is constrained to file this revised parties' Joint Status Report because of a miscommunication/misunderstanding with Plaintiff's counsel.  This revised parties' Joint Status Report more accurately reflects the parties' positions.

- 2 -

2.      Subsequently, the Court directed the parties to "file a joint proposed briefing schedule governing further proceedings."  Min. Ord.  Defendant is still amidst processing Plaintiff's FOIA request especially during severe staffing shortage.  Specifically, Defendant is currently searching several agency departments for potentially responsive records.  Separately, though early on, Defendant believes that Plaintiff's request could be one that may call for it to not search for records, but to create them, which FOIA does not require.

3.      Thus, Defendant believes that the parties would benefit from meeting and conferring to better understand Plaintiff's FOIA request and to discuss a potential clarification and/or narrow.  Defendant believes that the sooner the parties can meet and confer, the more likely Defendant would be able to have its initial search results back by the middle of October.  Once Defendant determines how many pages are responsive to the request, Defendant will propose a processing schedule.

4.      Plaintiff disagrees with Defendant's belief that the requests may not be subject to FOIA, particularly because other federal agencies have provided responsive documents to identically worded FOIA requests in separate FOIA lawsuits currently pending in this District.  Further, Plaintiff's counsel has endeavored to get clarity from Defendant on its position in advance of this deadline but only learned its position at 4:48 p.m. today. That said, Plaintiff will confer with Defendant and hopefully resolve the issues in this lawsuit following production of records.

WHEREFORE, the parties jointly propose filing another Joint Status Report no later than October 31, 2025.  A proposed order is enclosed.

Dated: August 18, 2025
      Washington, DC

Respectfully submitted,

*James Slater*
Slater Legal PLLC
Atlanta Office/Mailing Address
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
Tel. (404) 458-7283

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Kenneth Adebonojo*
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 25-1522 (RBW) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than October 31, 2025.

SO ORDERED:


_____              _____
Dated                                                                          HON. REGGIE B. WALTON
                                                                                      United States District Judge