UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS,<br><br>　　　　Defendant. | Civil Action No. 25-1522 (RBW) |

**JOINT STATUS REPORT**

　　　　By and through undersigned counsel, the Human Rights Defense Center ("Plaintiff") and the United States Bureau of Prisons ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on August 26, 2025. In response, the parties jointly report the following:

　　　　1.　　Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim." *See* ECF No. 1 at 1. Defendant answered. *See* ECF No. 5.

　　　　2.　　Subsequently, the Court directed the parties to "file a joint proposed briefing schedule governing further proceedings." Min. Ord. The parties informed the Court that they were working to resolve a dispute over the FOIA request. ECF No. 8. Since then, both before and after the lapse in appropriations, the parties have engaged in discussions. The parties request an

additional 30 days to resolve whether the agency will produce records, whether in whole or in part, and whether the parties should proceed to summary judgment briefing.

WHEREFORE, the parties jointly propose filing another Joint Status Report no later than January 14, 2026. A proposed order is enclosed.

| | |
|---|---|
| Dated: December 15, 2025 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ James M. Slater*<br>James M. Slater (DC Bar # 1044374)<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. N.E. #116<br>Atlanta, GA 30345<br>james@slater.legal<br>Tel. (404) 458-7283 | By: */s/ Kenneth Abedonojo (w/ express consent)*<br>KENNETH ABEDONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>Tel. (202) 252-2562 |
| *Attorneys for Plaintiff*<br>*Human Rights Defense Center* | *Attorneys for the United States of America* |