UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 25-1522 (RBW) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the Human Rights Defense Center ("Plaintiff") and the United States Bureau of Prisons ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on December 19, 2025. In response, the parties jointly report the following:

1. Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim." *See* ECF No. 1 at 1. Defendant answered. *See* ECF No. 5.

2. Subsequently, the Court directed the parties to "file a joint proposed briefing schedule governing further proceedings." Min. Ord. The parties informed the Court that they were working to resolve a dispute over the FOIA request. ECF No. 8. Since then, both before and after the lapse in appropriations, the parties have engaged in discussions, and on January 9, 2026, Defendant issued a rolling release letter with 65 pages of responsive records, of which 32 pages

contained redactions. The parties are conferring concerning the propriety of Defendant's invocation of exemptions b6 and 7C. Accordingly, the parties request an additional time to resolve whether: the agency will produce additional records, in whole or in part; Defendant will maintain its determination as to redactions; and the parties should proceed to summary judgment briefing.

WHEREFORE, the parties jointly propose filing another Joint Status Report no later than February 27, 2026. A proposed order is enclosed.

Dated: January 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

By: */s/ Kenneth Abedonojo (w/ express consent)*
KENNETH ABEDONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel. (202) 252-2562

*Attorneys for Plaintiff*
*Human Rights Defense Center*

*Attorneys for the United States of America*