UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS,<br><br>　　　　Defendant. | Civil Action No. 25-1522 (RBW) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than February 27, 2026.

SO ORDERED:

_____  　　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　　　　　HON. REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge