UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 25-1522 (RBW) |

# JOINT STATUS REPORT

By and through undersigned counsel, the Human Rights Defense Center ("Plaintiff") and the United States Bureau of Prisons ("Defendant" or "BOP") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on January 21, 2026. In response, the parties jointly report the following:

1.  Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim." *See* ECF No. 1 at 1. Defendant answered. *See* ECF No. 5.

2.  Subsequently, the Court directed the parties to "file a joint proposed briefing schedule governing further proceedings." Min. Ord. The parties informed the Court that they were working to resolve a dispute over the FOIA request. *See* ECF No. 10. Specifically, following the

BOP's first release, Plaintiff expressed objections, and the parties continue to discuss an avenue to resolve that objection.

3.  Nevertheless, the BOP continues to process records for release and anticipates that it will be able to complete this process by the end of April. Meanwhile, the parties will continue to confer regarding the already released records and ongoing releases. If the parties are unable to resolve their differences, they will propose a briefing schedule later.

WHEREFORE, the parties jointly propose filing another Joint Status Report no later than April 30, 2026. A proposed order is enclosed.

| | |
|---|---|
| Dated: February 27, 2026 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ James M. Slater*<br>James M. Slater (DC Bar # 1044374)<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. N.E. #116<br>Atlanta, GA 30345<br>james@slater.legal<br>Tel. (404) 458-7283 | By: */s/ Kenneth Adedonojo (w/ express consent)*<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>Tel. (202) 252-2562 |
| *Attorneys for Plaintiff*<br>*Human Rights Defense Center* | *Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 25-1522 (RBW) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than April 30, 2026.

SO ORDERED:

_____          _____
Dated                                                            HON. REGGIE B. WALTON
                                                                 United States District Judge