**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 25-1522 (RBW) |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference, via teleconference, on July 7, 2026, it is hereby

**ORDERED** that, on July 23, 2026, at 11:30 a.m., the parties shall appear for a status conference.  The parties shall appear for the status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 8th day of July, 2026.

REGGIE B. WALTON
United States District Judge