UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER

Plaintiff,

v.

BUREAU OF PRISONS,

Defendant.

Civil Action No. 25-1522 (RBW)

## JOINT STATUS REPORT

By and through undersigned counsel, the Human Rights Defense Center ("Plaintiff") and the United States Bureau of Prisons ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in reference to the status conference scheduled for tomorrow, July 23, 2026.   In response, the parties jointly report the following:

1.      Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim." *See* ECF No. 1 at 1.  Defendant answered.  *See* ECF No. 5.

2.      Since the parties were last before the Court on July 7, 2026, Government Counsel has conferred with Agency Counsel.  As a result, BOP has reviewed the Excel sheet Plaintiff provided and will release the complaints and settlement agreements listed therein.  The complaint for Prison Legal News 14-cv-00683 was not retained by the BOP and may be obtained on PACER.

3.      Also, BOP proposes to release the names of Plaintiffs identified in records, the authors of articles referenced in the records, and BOP staff providing Declarations.  BOP will release the re-redacted pages, including the release of additional responsive records BOP located, within the next thirty days.

4.      In light of the foregoing, the parties believe that the need for the conference scheduled for tomorrow has been obviated and that it should be vacated.  The parties anticipate that they will file another Joint Status Report no later than September 22, 2026, updating the Court of progress in this litigation and whether the parties are ready to dismiss it.

WHEREFORE, the parties propose that the Court adopt their proposal to vacate tomorrow's telephonic conference and to file another Joint Status Report no later than September 22, 2026.

Dated: July 22, 2026                                Respectfully submitted,

                                                    JEANINE FERRIS PIRRO
                                                    United States Attorney

/s/ James M. Slater
James M. Slater (DC Bar # 1044374)        By: /s/ Kenneth Adebonojo (w/ express consent)
Slater Legal PLLC                               KENNETH ADEBONOJO
2296 Henderson Mill Rd. N.E. #116               Assistant United States Attorney
Atlanta, GA 30345                               601 D Street, NW
james@slater.legal                              Washington, DC 20530
Tel. (404) 458-7283                             Tel. (202) 252-2562

*Attorneys for Plaintiff*                       *Attorneys for the United States of America*
*Human Rights Defense Center*

- 2 -