**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 25-1522 (RBW) |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the parties' Joint Status Report, ECF No. 15, and for good cause shown, it is hereby

**ORDERED** that the status conference scheduled for July 23, 2026, is **VACATED**. It is further

**ORDERED** that the parties shall file a joint status report, on or before September 22, 2026, apprising the Court of the status of this case.

**SO ORDERED** this 23rd day of July, 2026.

REGGIE B. WALTON
United States District Judge