UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br>Plaintiff,<br>v.<br>BUREAU OF PRISONS,<br>Defendant. | Civil Action No. 25-1522 (RBW) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the Human Rights Defense Center ("Plaintiff") and the United States Bureau of Prisons ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's July 23, 2026 Order, ECF No. 16. In response, the parties jointly report the following:

1. Plaintiff filed this action seeking judicial review of Defendant's handling of its request for records "concern[ing] BOP's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim." *See* ECF No. 1 at 1. Defendant answered. *See* ECF No. 5.

2. Subsequently, the Court directed the parties to "file a joint proposed briefing schedule governing further proceedings." Min. Ord. The parties informed the Court that they were working to resolve a dispute over the FOIA request. ECF No. 8. Since then, both before and after the lapse in appropriations, the parties have engaged in discussions, and on January 9, 2026, Defendant issued a rolling release letter with 65 pages of responsive records, of which 32 pages

contained redactions. After that, Defendant issued its second release on April 30, 2026, in which it produced 354 pages of responsive records, of which 169 pages contained redactions. Plaintiff challenged the adequacy of Defendant's search for records and its redactions. The parties informed the Court on June 30, 2026, that they could not reach consensus on these issues. *See* ECF No. 13.

3. The Court held a telephonic conference on July 7, 2026, and following the conference, Government Counsel conferred with Agency Counsel. Defendant agreed to release records identified by Plaintiff not already released and agreed to re-release records with less redactions. *See* ECF No. 15. Defendant sent Plaintiff an index demonstrating that most of the records identified by Plaintiff had already been released.

4. Defendant made a supplemental release on August 21 2026, and Plaintiff is now satisfied with the agency's production. The only issues that remain in the case are whether Plaintiff is entitled to attorneys' fees and costs. Plaintiff has made a monetary demand to Defendant and the parties will confer on any possible resolution of fees and costs.

5. To allow the Parties to attempt to resolve that issue without further Court involvement, they propose that, if a notice of dismissal has not been filed, they submit to the Court another Joint Status Report on November 20, 2026. That Joint Status Report will advise the Court whether there are any outstanding issues and, if so, propose a method for their resolution.

* * *

Dated: September 22, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Attorneys for Plaintiff*
*Human Rights Defense Center*

By: */s/ Kenneth Adebonojo*
KENNETH ABEDONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel. (202) 252-2562

*Attorneys for the United States of America*